[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Schlossberg<br><br>Plaintiff(s),<br><br>v.<br><br>Quang-Tuan Luong<br><br>Defendant(s). | Case No: 5:19-cv-02497<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Paul Alan Levy, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff Kevin Schlossberg in the above-entitled action. My local co-counsel in this case is Phillip R. Malone, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Public Citizen Litigation Group, 1600 20th Street, NW, Washington, D.C. 20009 | Juelsgaard Clinic, Crown Quadrangle, 559 Nathan Abbott Way, Stanford, California 94305 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 588-7725 | (650) 724-1900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| plevy@citizen.org | pmalone@stanford.edu |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 946400.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/09/19

Paul Alan Levy
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Paul Alan Levy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 10, 2019

Susan van Keulen
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012